```
                        3RD DISTRICT COURT
                   SALT LAKE COUNTY, STATE OF UTAH


                   YOUNIQUE LLC vs. BRI RICHARDSON
_____
 CASE NUMBER 200902618 Contracts
_____

CURRENT ASSIGNED JUDGE
        LAURA SCOTT

PARTIES
        Plaintiff - YOUNIQUE LLC
        Represented by: CHRISTOPHER MARTINEZ
        Represented by: MILO STEVEN MARSDEN
        Represented by: KRISTEN OLSEN

        Defendant - BRI RICHARDSON
        Represented by: SAMUEL STRAIGHT
        Represented by: WHITNEY KROGUE


ACCOUNT SUMMARY
                Total Revenue Amount Due:          610.00
                             Amount Paid:          610.00
                           Amount Credit:            0.00
                                 Balance:            0.00
        REVENUE DETAIL - TYPE: COMPLAINT - NO AMT S
                      Original Amount Due:         360.00
                       Amended Amount Due:         360.00
                             Amount Paid:          360.00
                           Amount Credit:            0.00
                                 Balance:            0.00

        REVENUE DETAIL - TYPE: JURY DEMAND - CIVIL
                      Original Amount Due:         250.00
                       Amended Amount Due:         250.00
                             Amount Paid:          250.00
                           Amount Credit:            0.00
                                 Balance:            0.00



CASE NOTE


PROCEEDINGS
04-08-2020   Filed: Complaint
04-08-2020   Case filed by efiler


04-29-2020 11:52 AM                                        Page 1 of 3
```

```
CASE NUMBER: 200902618 Contracts
────────────────────────────────────────────────────────────────────
04-08-2020   Fee Account created Total Due: 360.00
04-08-2020   Fee Account created
04-08-2020   Fee Account created Total Due: 250.00
04-08-2020   Fee Account created
04-08-2020   COMPLAINT - NO AMT S   360.00
04-08-2020   JURY DEMAND - CIVIL   250.00
04-08-2020   Judge LAURA SCOTT assigned.
04-08-2020   Filed: Return of Electronic Notification
04-10-2020   Filed: Motion for Temporary Order (for Temporary Restraining
             Order and Preliminary Injunction)
                 Filed by: YOUNIQUE LLC
04-10-2020   Filed: Temporary Restraining Order (Proposed)
04-10-2020   Filed: Return of Electronic Notification
04-13-2020   NOTICE for Case 200902618 ID 20846593
                 Judge: LAURA SCOTT
             (TEL) TRO is scheduled.
                 Date: 04/20/2020
                 Time: 01:00 p.m.
                 Before Judge: LAURA SCOTT
                 ***Please call 1-877-820-7831 and enter CODE 965131.***
                 Counsel and/or parties are responsible for calling in at
                 the number identified below and waiting for the conference
                 call to start. THE COURT WILL NOT CALL YOU. If you do not
                 call in on time, the court may proceed in your absence.
                 You will be placed on hold until the court joins the call.
                 We will make every effort to begin the call on time, but if
                 other matters before the court delay the start of the call,
                 please wait on the line.
04-13-2020   (TEL) TRO scheduled on April 20, 2020 at 01:00 PM with Judge
             LAURA SCOTT
04-13-2020   Filed: Notice for Case 200902618 CN: Judge   LAURA SCOTT
04-13-2020   Filed: Return of Electronic Notification
04-17-2020   Filed: Notice of Removal
04-17-2020   Filed: Return of Electronic Notification
04-17-2020   Filed: Appearance of Counsel/Notice of Limited Appearance for
             Samuel C. Straight
04-17-2020   Filed: Return of Electronic Notification
04-17-2020   Filed: Appearance of Counsel/Notice of Limited Appearance
04-17-2020   Filed: Return of Electronic Notification
04-20-2020   Ruling Entry - MINUTE ENTRY RE TRO HEARING
                 Judge: LAURA SCOTT
                 On April 17, 2020, Defendant filed a Notice of Removal.
                 Accordingly, the Court hereby STRIKES the hearing on
                 Plaintiff's Ex Parte Motion for Temporary Restraining Order
                 and Preliminary Injunction set for today.
04-20-2020   Filed order: MINUTE ENTRY RE TRO HEARING
```

CASE NUMBER: 200902618 Contracts

```
                    Judge LAURA SCOTT
                    Signed April 20, 2020
04-20-2020  Filed: Other - Not Signed Temporary Restraining Order
            (Proposed)
04-20-2020  Note: This case has been removed to federal court.
04-20-2020  Filed: Return of Electronic Notification
04-20-2020  Case Disposition is Removed Fed Court
            Disposition Judge is LAURA SCOTT
04-20-2020  Filed: Return of Electronic Notification
```