# EXHIBIT A

Chris Martinez (11152)
Kimberly Neville (9067)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, Utah 84111
Telephone: (801) 933-7360
Email: martinez.chris@dorsey.com
neville.kimberly@dorsey.com

*Attorneys for Younique, LLc*

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| YOUNIQUE, LLC, a Utah limited liability company,<br><br>Plaintiff,<br>v.<br><br>BRI RICHARDSON., an individual,<br><br>Defendant. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:20cv00260<br><br>Honorable Jill N. Parrish |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and based upon the Stipulated Motion for an Order of Dismissal with Prejudice, it is hereby ORDERED that the above-captioned action is dismissed, with prejudice, each side to bear its own fees and costs;

DATED this _____ day of June, 2020.

BY THE COURT

_____
Honorable Jill N. Parrish
U.S. District Court Judge, District of Utah